```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 12127
   MAE DAVIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3226


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/08/2004 and was confirmed 01/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was paid in full 01/12/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
JACQUELINE A WALKER        NOTICE ONLY    NOT FILED           .00            .00
US BANK                    SECURED          2885.00        257.01        2885.00
US BANK                    UNSECURED         313.07           .00          93.92
HOMEOWNERS SECURITY CORP   CURRENT MORTG    5345.84           .00        5345.84
HOMEOWNERS SECURITY CORP   MORTGAGE ARRE    1552.75           .00        1552.75
MIDLAND MORTGAGE CO        CURRENT MORTG        .00           .00            .00
BANK ONE DELAWARE          UNSECURED        6220.02           .00        1866.01
SHERMAN ACQUISITION        UNSECURED        2469.25           .00         740.78
CAPITAL ONE BANK           UNSECURED         792.85           .00         237.86
CITIBANK NA                UNSECURED       NOT FILED          .00            .00
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       11256.53           .00        3376.96
SEARS PAYMENT CENTER       UNSECURED       NOT FILED          .00            .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE     998.67           .00         998.67
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,705.20                     1,705.20
TOM VAUGHN                 TRUSTEE                                      1,191.68
DEBTOR REFUND              REFUND                                         328.32

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            20,580.00

PRIORITY                                         .00
SECURED                                    10,782.26
    INTEREST                                  257.01
UNSECURED                                   6,315.53
ADMINISTRATIVE                              1,705.20
TRUSTEE COMPENSATION                        1,191.68
DEBTOR REFUND                                 328.32
                    ---------------    ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 12127 MAE DAVIS
```

```
TOTALS                             20,580.00              20,580.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```